RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OCT 0 8 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

MAYLON FOSHEE,

Defendant

18 U.S.C. § 2423(c)

5:26-cr-00401-01
Judge Van Hook
Magistrate Judge Hornsby

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
[18 U.S.C. § 2423(c)]

From on or about February 11, 2025, and continuing through on or about August 23, 2025, in the Western District of Louisiana, and elsewhere, and having been arrested in the District of his last known residence, the Western District of Louisiana, the defendant,

**MAYLON FOSHEE,**

a United States citizen, did travel in foreign commerce, that is, from the United States to Haiti, and did reside temporarily and permanently in a foreign country, that is, Haiti, and did engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with MINOR VICTIM 1, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

**COUNT 2**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
[18 U.S.C. § 2423(c)]

From on or about July 9, 2025, and continuing through on or about December 30, 2025, in the Western District of Louisiana, and elsewhere, and having been arrested in the District of his last known residence, the Western District of Louisiana, the defendant,

**MAYLON FOSHEE,**

a United States citizen, did travel in foreign commerce, that is, from the United States to Haiti, and did reside temporarily and permanently in a foreign country, that is, Haiti, and did engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with MINOR VICTIM 2, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

**COUNT 3**
**Engaging in Illicit Sexual Conduct in a Foreign Place**
[18 U.S.C. § 2423(c)]

From on or about July 9, 2025, and continuing through on or about December 30, 2025, in the Western District of Louisiana, and elsewhere, and having been arrested in the District of his last known residence, the Western District of Louisiana, the defendant,

**MAYLON FOSHEE,**

a United States citizen, did travel in foreign commerce from the United States to Haiti, and did reside temporarily and permanently in a foreign country, that is, Haiti, and did engage in illicit sexual conduct, as defined in Title 18, United States Code,

Section 2423(g), with MINOR VICTIM 3, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

CHEYENNE Y. WILSON
ASSISTANT UNITED STATES ATTORNEY